B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>**Eastern District of New York** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>GDH Capital Corporation | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>None |
|---|---|

Last four digits of Social Security or other Individual's Tax I.D. No./Complete EIN
If more than one, state all.)    EIN: 51-0490076

| STREET ADDRESS OF DEBTOR (No. and street, city, state,<br>250 Carelton Avenue<br>East Islip, NY | MAILING ADDRESS OF DEBTOR (If different from street |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE<br><br>Nassau          11730 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7          [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

[ ] Debts are primarily consumer debts
[✓] Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

[ ] Individual (Includes Joint Debtors)
[✓] Corporation (Includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

State Type of Entity: _____

**Nature of Business**
(Check one box.)

[ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[✓] Other

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [✓] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Daniel A. Hesse | Case Number<br>14-70196-ast | Date<br>01/20/2014 |
|---|---|---|
| Relationship<br>Share Holder | District<br>Eastern District of New York | Judge<br>Alan S. Trust |

COURT USE ONLY

## ALLEGATIONS
### (Check applicable boxes)

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc... ver. 4.7.4-800 - UMZV-JABM*****

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** GDH Capital Corp.

Case No._____

| | |
|---|---|
| **TRANSFER OF CLAIM** | |

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Fred DeSanti | x /s/ Heath S. Berger            03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney               Date |
| Fred DeSanti                         03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing        Fred DeSanti | Address |
| Address of Individual   41 Oak Crest Drive | (516) 747-1136 |
| Signing in Representative  Huntington Station, NY 1 | Telephone No. |
| Capacity | |
| x /s/ Kenneth Reid | x /s/ Heath S. Berger            03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney               Date |
| Kenneth Reid                         03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing        Kenneth Reid | Address |
| Address of Individual   6 Edward Court | (516) 747-1136 |
| Signing in Representative  Farmingdale, NY 11735 | Telephone No. |
| Capacity | |
| x /s/ Anthony Sce | x /s/ Heath S. Berger            03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney               Date |
| Anthony Sce, Scegar Realty           03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing        Anthony Sce, Scegar rty | Address |
| Address of Individual   505 Johnson Avenue | (516) 747-1136 |
| Signing in Representative  Bohemia, NY 11716 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fred DeSanti 41 Oak Crest Drive  Huntington Station, NY 1 | Investment | 679,296.18 |
| Kenneth Reid 6 Edward Court Farmingdale, NY 11735 | Investment | 150,000.00 |
| Anthony Sce, Scegar rty 505 Johnson Avenue Bohemia, NY | Investment | 675,000.00 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __GDH Capital Corp.__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Douglas Quimby | x /s/ Heath S. Berger                          03/25/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Douglas Quimby                      03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Douglas Quimby | Address |
| Address of Individual   37 Oakcrest Drive | (516) 747-1136 |
| Signing in Representative  Huntington Station, NY 1 | Telephone No. |
| Capacity | |

| x /s/ Joseph Biello | x /s/ Heath S. Berger                          03/25/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Joseph Biello                        03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Joseph Biello | Address |
| Address of Individual   185 Anisko Landing | (516) 747-1136 |
| Signing in Representative  Oakdale, NY 11796 | Telephone No. |
| Capacity | |

| x /s/ Jocelyn Porco | x /s/ Heath S. Berger                          03/25/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Jocelyn Porco                        03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Jocelyn Porco | Address |
| Address of Individual   560 Beaver Lane | (516) 747-1136 |
| Signing in Representative  Ronkonkoma, NY 11779 | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Douglas Quimby 37 Oakcrest Drive Huntington Station, NY | Investment | 55,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Joseph Biello 185 Anisko Landing Oakdale, NY 11796 | Investment | 145,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jocelyn Porco  560 Beaver Lane  Ronkonkoma, NY 11779 | Investment | 100,000.00 |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  GDH Capital Corp.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  /s/ Paul & Marie Vallario | x  /s/ Heath S. Berger                            03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| Paul & Marie Vallario                      03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                      Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Paul & Marie Vallario | Address |
| Address of Individual   1 Hearthstone Ct. | (516) 747-1136 |
| Signing in Representative  Dix HIlls, NY 11746 | Telephone No. |
| Capacity | |
| x  /s/ Nicholas & Marion Iorio | x  /s/ Heath S. Berger                            03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| Nicholas & Marion Iorio                    03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                      Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Nicholas & Marion Iorio | Address |
| Address of Individual   21 Ingold Drive | (516) 747-1136 |
| Signing in Representative  Dix Hills, NY 11746 | Telephone No. |
| Capacity | |
| x  /s/ Jim & Eileen Buglion | x  /s/ Heath S. Berger                            03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| Jim & Eileen Buglion                      03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                      Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Jim & Eileen Buglion | Address |
| Address of Individual   9125 Shadow Glen Way | (516) 747-1136 |
| Signing in Representative  Ft. Myers, FL 33913 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Paul & Marie Vallario 1 Hearthstone Ct. Dix HIlls, NY 11746 | Investment | 500,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Nicholas & Marion Iorio 21 Ingold Drive Dix Hills, NY 11746 | Investment | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jim & Eileen Buglion  9125 Shadow Glen Way Ft. Myers, FL | Investment | 622,607.63 |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

Case 8-14-71332-ast    Doc 1    Filed 03/28/14    Entered 03/28/14 15:59:58

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor   GDH Capital Corp.

Case No._____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Frank Pinter as Trustee for Joseph Pinter Jr. | x /s/ Heath S. Berger                               03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| Frank Pinter as Trustee for J. Pinter      03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Frank Pinter as Trustee | Address |
| Address of Individual    262 Belvedere Drive | (516) 747-1136 |
| Signing in Representative  Oakdale, NY 11769 | Telephone No. |
| Capacity | |
| x /s/ Marguerite Matson | x /s/ Heath S. Berger                               03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| Marguerite Matson            03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Marguerite Matson | Address |
| Address of Individual    7008 Pelican Bay Blvd | (516) 747-1136 |
| Signing in Representative  Naples, FL 34108 | Telephone No. |
| Capacity | |
| x /s/ Frank Pinter | x /s/ Heath S. Berger                               03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| Frank Pinter                  03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing          Frank Pinter | Address |
| Address of Individual    262 Belvedere Drive | (516) 747-1136 |
| Signing in Representative  Oakdale, NY 11796 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Frank Pinter as Trustee  262 Belvedere Drive Oakdale, NY | Investment | 250,000.00 |
| Marguerite Matson7008 Pelican Bay Blvd Naples, FL 34108 | Investment | 300,000.00 |
| Frank Pinter 262 Belvedere Drive Oakdale, NY 11796 | Investment | 500,000.00 |
| Note:      If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor_____

Case No._____

---

**TRANSFER OF CLAIM**

☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Valerie Honnett | x /s/ Heath S. Berger                     03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Valerie Honett                                   03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing                Valerie Honett | Address |
| Address of Individual         42 Fuller Street | (516) 747-1136 |
| Signing in Representative      Dix Hills, NY 11746 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x /s/ John Nemick | x /s/ Heath S. Berger                     03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| John Nemick                                     03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing                John Nemick | Address |
| Address of Individual         31 Frontier Trail | (516) 747-1136 |
| Signing in Representative      Manorville, NY 11949 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x /s/ Laura Morgan | x /s/ Heath S. Berger                     03/25/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Laura Morgan                                    03/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing                Laura Morgan | Address |
| Address of Individual         PO Box 547 | (516) 747-1136 |
| Signing in Representative      Bay Shore, NY 11706 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Valerie Honett 42 Fuller Street Dix Hills, NY 11746 | Investment | 214,000.00 |
| John Nemick 31 Frontier Trail Manorville, NY 11949 | Investment | 345,000.00 |
| Laura Morgan PO Box 547 Bay Shore, NY 11706 | Investment | 500,000.00 |

| | |
|---|---|
| Note:      If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
| | 5,135,903.81 |

_____continuation sheets attached

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re  GDH Capital Corporation  ,
                        Debtor

Case No. _____

Chapter   7

## Involuntary Petition Continuation Sheet

| PETITIONING CREDITORS (cont'd) |
|---|

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _____
Signature of Petitioner or Representative  (State Title)
Jim & Eileen Buglion
Name of Petititoner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

X _____  Date
Signature of Attorney
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)

Address    40 Crossways Park Drive
           Woodbury, NY 11797

Telephone No.  (516) 747-1136

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jim & Eileen Buglion 9125 Shadow Glen Way Ft. Myers, FL 33913 | Investment | 622,607.63 |

X _____
Signature of Petitioner or Representative  (State Title)
Nicholas & Marion Iorio           3/25/14
Name of Petititoner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

X _____  Date
Signature of Attorney
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)

Address    40 Crossways Park Drive
           Woodbury, NY 11797

Telephone No.  (516) 747-1136

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Nicholas & Marion Iorio 21 Ingold Drive Dix Hills, NY 11746 | Investment | 100,000.00 |

X  Paul A Vallario, Sr
Signature of Petitioner or Representative  (State Title)
Paul & Marie Vallario           3/25/14
Name of Petititoner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

X _____  Date
Signature of Attorney
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)

Address    40 Crossways Park Drive
           Woodbury, NY 11797

Telephone No.  (516) 747-1136

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Paul & Marie Vallario 1 Hearthstone Ct. Dix Hills, NY 11746 | Investment | 500,000.00 |

X _____
Signature of Petitioner or Representative  (State Title)
Jocelyn Porco
Name of Petititoner                    Date Signed

Name & Mailing Address of Individual

X _____  Date
Signature of Attorney
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)

Address    40 Crossways Park Drive
           Woodbury, NY 11797



Amount of Claim $100,000

B 5 (Official Form  5) (12/07) – Page 2                    Name of Debtor  GDH Capital Corp.

Case No.

| TRANSFER OF CLAIM |
|---|
| ¨ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Valerie Honett<br>Name of Petitioner | x_____         Date<br>Signature of Attorney<br>Berger, Fischoff & Shumer, LLP |
| _____ Date Signed | Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Valerie Honett<br>42 Fuller Street<br>Dix Hills, NY 11746 | Address<br>(516) 747-1136<br>Telephone No. |

| | |
|---|---|
| x _~J.C.Nemick~ (signature)<br>Signature of Petitioner or Representative (State title)<br>John Nemick<br>Name of Petitioner | x_____         Date<br>Signature of Attorney<br>Berger, Fischoff & Shumer, LLP |
| _____ Date Signed | Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | John Nemick<br>31 Frontier Trail<br>Manorville, NY 11949 | Address<br>(516) 747-1136<br>Telephone No. |

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Laura Morgan<br>Name of Petitioner | x_____         Date<br>Signature of Attorney<br>Berger, Fischoff & Shumer, LLP |
| _____ Date Signed | Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Laura Morgan<br>PO Box 547<br>Bay Shore, NY 11706 | Address<br>(516) 747-1136<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Valerie Honett 42 Fuller Street Dix Hills, NY 11746 | Investment | 214,000.00 |
| Name and Address of Petitioner<br>John Nemick 31 Frontier Trail Manorville, NY 11949 | Nature of Claim<br>Investment | Amount of Claim<br>345,000.00 |
| Name and Address of Petitioner<br>Laura Morgan PO Box 547 Bay Shore, NY 11706 | Nature of Claim<br>Investment | Amount of Claim<br>500,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** GDH Capital Corp.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>Douglas Quimby<br>Name of Petitioner                    Date Signed | x _____      Date<br>Signature of Attorney<br>Berger, Fischoff & Shumer, LLP<br>Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Douglas Quimby<br>37 Oakcrest Drive<br>Huntington Station, NY 1 | Address<br>(516) 747-1136<br><br>Telephone No. |
| x _Joseph Biello_____    3/27/2014<br>Name of Petitioner                    Date Signed | Signature of Attorney              Date<br>Berger, Fischoff & Shumer, LLP<br>Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Joseph Biello<br>185 Anisko Landing<br>Oakdale, NY 11796 | Address<br>(516) 747-1136<br><br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Jocelyn Porco<br>Name of Petitioner                    Date Signed | x _____      Date<br>Signature of Attorney<br>Berger, Fischoff & Shumer, LLP<br>Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Jocelyn Porco<br>560 Beaver Lane<br>Ronkonkoma, NY 11779 | Address<br>(516) 747-1136<br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Douglas Quimby 37 Oakcrest Drive Huntington Station, NY | Nature of Claim<br>Investment | Amount of Claim<br>55,000.00 |
| Name and Address of Petitioner<br>Joseph Biello 185 Anisko Landing Oakdale, NY 11796 | Nature of Claim<br>Investment | Amount of Claim<br>145,000.00 |
| Name and Address of Petitioner<br>Jocelyn Porco 560 Beaver Lane Ronkonkoma, NY 11779 | Nature of Claim<br>Investment | Amount of Claim<br>100,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

_____continuation sheets attached

Name of Debtor GDH Capital Corporation

B5 (Official Form 5) (12/07) – Page 2

Case No. _____

## TRANSFER OF CLAIM

☐    Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____ | X _____  3/25/14 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Anthony See | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          3/25/14 | Name of Attorney Firm (If any) |
|                          Date Signed | Address     40 Crossways Park Drive |
| Name & Mailing | Woodbury, NY 11797 |
| Address of Individual | |
| Signing in Representative | Telephone No.   (516) 747-1136 |
| Capacity | |
| X _____ | X _____  3/25/14 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Fred DeSanti        3-25-14 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address     40 Crossways Park Drive |
| Address of Individual | Woodbury, NY 11797 |
| Signing in Representative | |
| Capacity | Telephone No.   (516) 747-1136 |
| X _Kenneth Reid_____  3- | X _____  3/12 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Kenneth Reid        3-25-14 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address     40 Crossways Park Drive |
| Address of Individual | Woodbury, NY 11797 |
| Signing in Representative | |
| Capacity | Telephone No.   (516) 747-1136 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Anthony See<br>Seegar Realty<br>515 Johnson Avenue<br>Bohemia, NY 11716 | Investment | 675,000.00 |
| Name and Address of Petitioner<br>Fred DeSanti<br>41 Oak Crest Drive<br>Huntington Station, NY 11746 | Nature of Claim<br>Investment | Amount of Claim<br>679,296.18 |
| Name and Address of Petitioner<br>Kenneth Reid<br>6 Edward Court<br>Farmingdale, NY 11735 | Nature of Claim<br>Investment | Amount of Claim<br>150000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement  under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_1_ continuation sheets attached

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver 4.7.4-800 - UMZV-JABM*****

B 5 (Official Form 5) (12/07) – Page 2          Name of Debtor _GDH Capital Corp._____

                              Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____ Date 3/15/14 |
| Signature of Petitioner or Representative (State title) 2/28/14 | Signature of Attorney                    Date |
| Douglas Quimby | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address (516) 747-1136 |
| Douglas Quimby 37 Oakcrest Drive Huntington Station, NY 1 | Telephone No. |

| | |
|---|---|
| x _____ | x _____ Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Joseph Biello | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address (516) 747-1136 |
| Joseph Biello 185 Anisko Landing Oakdale, NY 11796 | Telephone No. |

| | |
|---|---|
| x _____ | x _____ Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Jocelyn Porco | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address (516) 747-1136 |
| Jocelyn Porco 560 Beaver Lane Ronkonkoma, NY 11779 | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Douglas Quimby 37 Oakcrest Drive Huntington Station, NY | Investment | 55,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Joseph Biello 185 Anisko Landing Oakdale, NY 11796 | Investment | 145,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jocelyn Porco 560 Beaver Lane Ronkonkoma, NY 11779 | Investment | 100,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                    Name of Debtor  GDH Capital Corp.

                                                          Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _Franklin Pinter_ | x _____ 8/25/ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Frank Pinter as Trustee for J. Pinter   3/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
|  | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing        Frank Pinter as Trustee | Address |
| Address of Individual  262 Belvedere Drive | (516) 747-1136 |
| Signing in Representative  Oakdale, NY 11769 |  |
| Capacity | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Marguerite Matson | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
|  | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing        Marguerite Matson | Address |
| Address of Individual  7008 Pelican Bay Blvd | (516) 747-1136 |
| Signing in Representative  Naples, FL 34108 |  |
| Capacity | Telephone No. |

| x _Franklin Pinter_ | x _____ 3/25 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Frank Pinter               3/26/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
|  | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing        Frank Pinter | Address |
| Address of Individual  262 Belvedere Drive | (516) 747-1136 |
| Signing in Representative  Oakdale, NY 11796 |  |
| Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Frank Pinter as Trustee  262 Belvedere Drive Oakdale, NY | Investment | 250,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Marguerite Matson 7008 Pelican Bay Blvd Naples, FL 34108 | Investment | 300,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Frank Pinter 262 Belvedere Drive Oakdale, NY 11796 | Investment | 500,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor    GDH Capital Corp.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br>Valerie Honett<br>Name of Petitioner                     Date Signed | X _____    Date<br>Signature of Attorney<br>Berger, Fischoff & Shumer, LLP<br>Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br><br>Valerie Honett<br>42 Fuller Street<br>Dix Hills, NY 11746 | Address<br>(516) 747-1136<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br>John Nemick<br>Name of Petitioner                     Date Signed | X _____    Date<br>Signature of Attorney<br>Berger, Fischoff & Shumer, LLP<br>Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br><br>John Nemick<br>31 Frontier Trail<br>Manorville, NY 11949 | Address<br>(516) 747-1136<br>Telephone No |
| X  _Laura Morgan_<br>Signature of Petitioner or Representative (State title)<br>Laura Morgan<br>Name of Petitioner                     Date Signed | X  _____    3/25/14<br>Signature of Attorney                  Date<br>Berger, Fischoff & Shumer, LLP<br>Name of Attorney Firm (If any)<br>40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br><br>Laura Morgan<br>PO Box 547<br>Bay Shore, NY 11706 | Address<br>(516) 747-1136<br>Telephone No |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Valerie Honett 42 Fuller Street Dix Hills, NY 11746 | Investment | 214,000.00 |
| John Nemick 31 Frontier Trail Manorville, NY 11949 | Investment | 345,000.00 |
| Laura Morgan PO Box 547 Bay Shore, NY 11706 | Investment | 500,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>5,135,993.81 |

_____continuation sheets attached